### 12339.   CORBIN *et al.* v. GIDDENS.

LUKE, J. This case is here upon the sole assignment of error that the evidence does not authorize the verdict. There is some evidence to authorize the verdict, and the verdict has the approval of the trial judge. This court cannot, therefore, reverse the judgment of the trial court overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 14, 1921.

Trover; from city court of Swainsboro — Judge Kirkland January 12, 1921.

*Alfred Herrington Jr.,* for plaintiff in error.

*T. N. Brown,* contra.